UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REIMER HAGEN, <br><br>             Plaintiff, <br><br>    v. <br><br> ANDERW M. SAUL, <br> Commissioner of Social Security, <br><br>             Defendant. | CASE NO. C20-0793-MAT <br><br> ORDER DIRECTING SERVICE |

Plaintiff filed a complaint in this Social Security appeal on May 26, 2020, and has been granted leave to proceed *in forma pauperis*. Since plaintiff has appeared in this matter *pro se*, the Court will arrange for service of the summons and complaint upon defendant.

1.  <u>Electronic Service by Clerk</u>.

    The Clerk shall issue summonses in this matter to the below-listed parties and send copies of the summonses and complaint, and a copy of this Order, by email to USAWAW.SSAClerk@usdoj.gov, in accordance with the Pilot Program for Electronic Service set forth in General Order 04-15:

    (a)   Andrew M. Saul, Commissioner of Social Security
          Social Security Administration
          Office of the Regional Chief Counsel
          701 Fifth AVE, STE 2900, M/S 901
          Seattle WA 98104-7075

ORDER DIRECTING SERVICE
PAGE - 1

      (b)     Office of the Attorney General
United States Department of Justice
Constitution AVE and 10th ST NW
Washington, D.C. 20530

      (c)     Civil Process Clerk
United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

2.    <u>Plaintiff's Identifying Information</u>

As set forth in General Order 05-15, Plaintiff is responsible for providing the Commissioner with Plaintiff's full name and social security number. This information is necessary for the Commissioner to obtain and produce the certified administrative record. **Plaintiff shall provide this information to the Commissioner no later than <u>July 27, 2020</u>**, either by email to USAWAW.SSAClerk@usdoj.gov or delivery, by hand or mail, to "SSA Clerk Civil Division" at 700 Stewart Street, Suite 5220, Seattle, WA 98101.

3.    <u>Response Required</u>.

Within **sixty (60) days** after service, defendant shall file and serve a notice of appearance and an answer or a motion directed to the complaint, as permitted under Rule 12 of the Federal Rules of Civil Procedure. If filing an answer, defendant shall also file the appropriate administrative record at the time the answer is filed.

DATED this <u>26th</u> day of June, 2020.

_Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge